UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SHANA SHAW,

                                    Plaintiff,

                                                                                   1:23-CV-1623
           v.                                                         (GTS/DJS)

BRIAN WOLTMAN,

                                    Defendant.
_____

**APPEARANCES:**                                    **OF COUNSEL:**

Shana Shaw
Plaintiff *pro se*
Poughkeepsie, New York 12601

COOK, NETTER LAW FIRM             ERIK M. KURTZ, ESQ.
Attorneys for Defendant
P.O. Box 3939
85 Main Street
Kingston, New York 12402

**DANIEL J. STEWART**
**United States Magistrate Judge**

# ORDER

      As part of the Court's previous directive, *see* Dkt. No. 27, Text Order dated August 7, 2024, Counsel for the Defendant was instructed to provide to Chambers the personnel file for Defendant Woltman for an *in camera* review. That directive was complied with, and the subject personnel file was provided (Bates ## SSHAW_1-115). The *in camera* review of that file is now complete. Upon due consideration, the Court directs that the defense counsel provide to Plaintiff the following pages of the Woltman file: SSHAW_1-

- 2 -

15.   In connection with this disclosure, defense counsel is authorized to redact Defendant's home address as listed at SSHAW_10 & 11.

Finally, the Court directs that the Counsel for the Defendant immediately retrieve from the Court's Courtroom Deputy the personnel file referenced above, and to maintain a copy of it during the pendency of the case.

**IT IS SO ORDERED.**

Dated:   August 20, 2024
         Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge